UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-CR-129 |
| | ) | |
| MICHAEL ANGELA POWERS, | ) | (VARLAN/SHIRLEY) |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On October 12, 2011, the parties appeared before the undersigned for a detention hearing. Cynthia F. Davidson was present representing the Government. Andy S. Roskind represented the Defendant, who was also present. At the hearing, the Court heard the testimony of both Tennessee Bureau of Investigation Agent Greg McNamara and each of the Defendant's parents. After considering the testimony and the arguments of both parties, for the reasons explained in the bench ruling attached here as **Exhibit A**, the Court **ORDERS** that the Defendant remain in custody from now until her trial on **December 19, 2011, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge.

The Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order from the

Court or on request of any attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.　
United States Magistrate Judge

2